IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMAS ALCIDES VENTURA : | |
| : | |
| Plaintiff, : | Case No. 1:14-cv-01884 (CRC) |
| : | |
| v. : | |
| : | |
| L. A. HOWARD CONSTRUCTION : | |
| COMPANY, *et al.*, : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS**

Plaintiff, Tomas Alcides Ventura ("Plaintiff"), by and through his attorneys, Mary Craine Lombardo, and the law firm of Stein Sperling Bennett De Jong Driscoll PC, pursuant to Federal Rule of Civil Procedure 4(e)(1) and (h)(1)(a) hereby moves this Honorable Court for an order permitting alternative service on Defendants L.A. Howard Construction Company and Lazerrick A. Howard (hereinafter "Defendants"), by first class mail, and in support thereof, states as follows:

1. Plaintiff filed his Complaint against Defendants on November 7, 2014, including proposed summonses to be issued by the Court.

2. A summons was issued for each Defendant by this Court on November 7, 2014.

3. Plaintiff has engaged in efforts to serve the Defendants to no avail. A copy of the process servers' Affidavits of Due Diligence with regard to the Defendants are attached hereto as Exhibit 1.

4. Plaintiff attempted to serve the Defendants L.A. Howard Construction Company and Lazerrick A. Howard with the summonses and Complaint by Certified Mail, pursuant to

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

Sup. Ct. R. 4(c)(3). Defendant Lazerrick A. Howard is also listed as the resident agent of the corporate Defendant L.A. Howard Construction Company.

5. Defendant Lazerrick A. Howard never accepted the packages individually or as resident agent for L.A. Howard Construction Company. A copy of the Post Office's notices of failure to pick up the package are attached hereto as <u>Exhibit 2</u>.

6. Plaintiff believes that Defendant Lazerrick A. Howard is evading service.

7. Plaintiff requests alternative service for Defendants, by first-class mail to Defendant Lazerrick A. Howard's last known address pursuant to Sup. Ct. R. 4(c)(3).

8. Under such circumstances, service by first class mail is appropriate, and reasonably calculated to give actual notice to Defendants of the pendency of the above-captioned lawsuit.

WHEREFORE, Plaintiff, Tomas Alcides Ventura, respectfully requests that this Honorable Court:

A. Grant Plaintiff's Motion for Alternative Service

B. Order that Plaintiff serve Defendants L.A. Howard Construction Company and Lazerrick A. Howard with the Complaint and Summonses, by first class mail to their last known address;

C. Grant such other and further relief as this Court deems just and proper.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

<em>(header)</em>

<br>

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC


By:        /s/ *Mary Craine Lombardo*
Mary Craine Lombardo (495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 – fax
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:     /s/ *Mary Craine Lombardo*
Mary Craine Lombardo (495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 – fax
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020