IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOMAS ALCIDES VENTURA | : | |
| | : | |
| Plaintiff, | : | Case No. 1:14-cv-01884 (CRC) |
| | : | |
| v. | : | |
| | : | |
| L. A. HOWARD CONSTRUCTION COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

UPON CONSIDERATION OF Plaintiff's Motion for Alternative Service ("Motion"), any hearing thereon and the record herein, it is this _____ day of _____, 2015, by the United States District Court for the District of Columbia hereby

ORDERED, that Plaintiff's Motion be and hereby is GRANTED; and it is further;

ORDERED, that the Defendants L.A. Howard Construction Company and Lazerrick A. Howard may be served with the Summonses and Complaint, by first-class mail to their last known address;

SO ORDERED.

_____
Judge, United States District Court for the
District of Maryland

cc:

Mary Craine Lombardo
Stein Sperling Bennett De Jong Driscoll PC
25 West Middle Lane
Rockville, MD 20850

3975230_1